UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES G. BRANT, ET AL.,

      Plaintiff,

v.                                 Case No.: 3:13-cv-412-MMH-JBT

RICKY DIXON, SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS, ET AL.,

      Defendants.

_____/

## **NOTICE OF APPEARANCE**

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for Ricky Dixon and Randall Polk[1] ("Defendants").

---

[1] Polk is the current warden of Florida State Prison ("FSP"), *see* Florida State Prison, *https://www.fdc.myflorida.com/institutions/institutions-list/florida-state-prison* (last visited April 20, 2026), and should be automatically substituted, pursuant to Federal Rule of Civil Procedure 25(d), as he is the warden of FSP.

1

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL OF FLORIDA

/s/ Erik Kverne
ERIK KVERNE
Corrections Practice Manager – Assistant
Attorney General
Florida Bar No.: 99829
Erik.Kverne@myfloridalegal.com

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399
Telephone: (850) 414-3654
Facsimile: (850) 488-4872

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been electronically filed and served on Plaintiff's counsel of record through the CM/ECF system on April 20, 2026.

/s/ Erik Kverne
Erik Kverne

2