# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHARLES G. BRANT,

      Plaintiff,

                                      CASE NO. 3:13-CV-412 MMH-JBT

v.

DAVID ALLEN, in his official
capacity as the Warden of Florida
Prison, et al.,

      Defendants.

_____/

ETHERIA V. JACKSON,

      Plaintiff,

                                        CASE NO. 3:14-cv-1149 MMH-JBT
                                        (consolidated with case no. 3:13cv412)

v.

DAVID ALLEN, in his official
capacity as the Warden of Florida
Prison, et al.,

      Defendants.

_____/

FRED ANDERSON, JR.,

      Plaintiff,

                                        CASE NO. 3:14-cv-1148 MMH-JBT
                                        (consolidated with case no. 3:13cv412)

v.

DAVID ALLEN, in his official capacity as the Warden of Florida Prison, et al.,

       Defendants.

_____/

WILLIAM ROGER DAVIS,

       Plaintiff,

                                   CASE NO. 3:18-cv-353 MMH-JBT
                                   (consolidated with case no. 3:13cv412)

v.

DAVID ALLEN, in his official capacity as the Warden of Florida Prison, et al.,

       Defendants.

_____/

JOE ELTON NIXON,

       Plaintiff,

                                   CASE NO. 3:14-cv-1152 MMH-JBT
                                   (consolidated with case no. 3:13cv412)

v.

DAVID ALLEN, in his official capacity as the Warden of Florida Prison, et al.,

       Defendants.

_____/

2

## <u>JOINT AMENDED CASE MANAGEMENT REPORT AND SCHEDULING ORDER</u>

Counsel for the Plaintiffs and counsel for the Defendants submit this new proposed Amended Case Management Report and Scheduling Order, pursuant to Fed. R. Civ. P. 26(g), Local Rule 3.02, and this Court's Order issued during the hearing conducted on April 15, 2026, requiring the parties to submit an amended case management report with the updated discovery deadlines within twenty days of the hearing.

## 1. Dates and Attendees

The parties conferred on April 15, 2026, and subsequently by email.

## 2. Deadlines and Dates

| Action or Event | Date |
|---|---|
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 9/30/2026 |
| Deadline for filing Joint Notice of Discovery Issues Requiring Resolution (treated as a motion to compel) | 5/27/2026 |
| Deadline for filing Memoranda of Law (10 Page Limit) | 6/3/2026 |
| Hearing on Joint Notice of Discovery Issues (if necessary) | 6/30/2026 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 11/1/2026 |

| | |
|---|---|
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | 11/20/2026 |
| All other motions, including motions in limine | 12/1/2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 2/24/2027 |
| Deadline for filing the joint final pretrial statement, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 3/24/2027 |
| Responses to other motions, including motions in limine. | 1/11/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 3/24/2027 |
| Month and year of the trial term. | 4/1/2027 |

The trial will last approximately 3-5 days and be
☐ jury.

☒ non-jury.

3. **Description of the Action**
   This is a 42 U.S.C. § 1983 action alleging Defendants' lethal injection protocol violates Plaintiffs' constitutional rights under the Eighth and Fourteenth Amendments.

4. **Disclosure Statement**
   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**
   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or

elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

## 6. Consent to a Magistrate Judge

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

## 7. Preliminary Pretrial Conference
☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss

## 8. Discovery Practice
☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.

☐ No; instead, the parties agree to these changes: enter changes.

B. The parties agree that comply with discovery as outlined by the Court during the April 15, 2026, hearing, and that all discovery shall by completed by September 30, 2026.

C. Discovery should be conducted in phases:

☒ No.

☐ Yes.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.

☐ Yes.

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.

☐ Yes.

10. **Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

Dated: May 5, 2026

Respectfully Submitted,

/s/ David M. Poell
David M. Poell (pro hac vice)
Sheppard Mullin Richter &
Hampton, LLP
321 N. Clark Street, 32nd Floor
Chicago, IL 60654
Telephone: 312-499-6349
dpoell@sheppard.com

/s/ Brenna Egan
Brenna Egan (FL Bar No.: 0113544)
Greg Brown (FL Bar No.: 0086437)
Assistant Federal Defenders
Office of the Federal Defender
Middle District of Florida,
Capital Habeas Unit
400 N. Tampa St., Ste. 2625
Tampa, FL 33602
Telephone: 813-228-2715
Brenna_Egan@fd.org
Greg_Brown@fd.org

/s/ Marie-Louise Samuels Parmer
Marie-Louise Samuels Parmer
Florida Bar No. 005584
Samuels Parmer Law
P.O. Box 18988
Tampa, FL 33679
Telephone: 813-732-3321
marie@samuelsparmerlaw.com

***Counsel for Plaintiffs***

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ Scott A. Browne
SCOTT A. BROWNE
Chief Assistant Attorney General
Florida Bar No. 0802743

/s/ Christina Z. Pacheco
CHRISTINA Z. PACHECO
Special Counsel,
Assistant Attorney General
Florida Bar No. 71300
Office of the Attorney General
3507 East Frontage Road, Suite 200
Tampa, Florida 33607-7013
Telephone: (813) 287-7910
Scott.Browne@myfloridalegal.com
Christina.Pacheco@myfloridalegal.com
capapp@myfloridalegal.com

/s/ Erik Kverne
ERIK KVERNE
Corrections Practice Manager – Assistant
Attorney General
Florida Bar No.: 99829
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399
Telephone: (850) 414-3654

***Counsel for Defendants***

7