UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES G. BRANT, et al.,

Plaintiffs,

v. Case No. 3:13-cv-412-MMH-SJH

DAVID ALLEN, in his official capacity as the Warden of Florida State Prison, and RICKY D. DIXON, in his official capacity as the Secretary, Florida Department of Corrections,

Defendants.
_______________________________/

## DEFENDANTS' NOTICE OF CORRECTION

COME NOW Defendants David Allen and Ricky D. Dixon, through undersigned counsel, and file this Notice of Correction to the Declaration of Joseph F. Antognini, M.D., M.B.A., submitted to Plaintiffs June 5, 2026. In paragraph number 5, after accounting for additional charges from his contracting service, Elite Medical Experts, LLC, his fee schedule should read that his actual wage is **$625/**hour for phone consultation, research, declaration preparation. The remaining rates remain unchanged.

WHEREFORE, Defendants respectfully request that this Court acknowledge the correction in the Declaration of Joseph F. Antognini, M.D., M.B.A., submitted to Plaintiffs June 5, 2026.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL OF FLORIDA

/s/ Scott A. Browne
SCOTT A. BROWNE
Chief Assistant Attorney General
Florida Bar No. 0802743

/s/ *Joshua E. Schow*
JOSHUA E. SCHOW
Senior Assistant Attorney General
Florida Bar No. 1025691

Office of the Attorney General
3507 East Frontage Road, Suite 200
Tampa, Florida 33607-7013
Telephone: (813) 287-7910
scott.browne@myfloridalegal.com
joshua.schow@myfloridalegal.com
capapp@myfloridalegal.com

CO-COUNSEL FOR THE DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this October 13, 2026.

/s/ Scott A. Browne
CO-COUNSEL FOR THE DEFENDANTS